[No. 8375-2-II.  Division Two.  October 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GAIL
LORRAINE RAY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84-1-00417-7, Robert L. Harris, J., entered
December 20, 1984. *Dismissed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Reed, J.

[No. 7485-4-III.  Division Three.  October 28, 1986.]

ROGER L. CALHOUN, *Respondent,* v. DOUGLAS MERRITT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 85-2-01188-5, Michael E. Donohue, J.,
entered November 14, 1985. *Affirmed in part, reversed in
part,* and *remanded* by unpublished opinion per McInturff,
J., concurred in by Green, C.J., and Thompson, J. Now
published at 46 Wn. App. 616.

[No. 7905-4-II.  Division Two.  October 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ANITA
M. BEAVER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83-1-00106-4, Robert L. Harris, J., entered
May 25, 1984. *Affirmed* by unpublished opinion per Alex-
ander, J., concurred in by Reed, A.C.J., and Petrich, J.